■ SEYMOUR J. KOFF, Appellant, v. MILDRED W. KOFF, Respondent, et al., Defendant.— Motion to dispense with the printing of appellant's exhibits 1, 2, 5 and 7, granted; the originals to be submitted on the argument of the appeal. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ MARY MCGINNIS et al., Respondents, v. GRAND UNION CO., Defendant-Appellant and Third-Party Plaintiff-Respondent. CAREFUL HOUSE AND WINDOW CLEANING COMPANY, Third-Party Defendant-Appellant.— Motion by plaintiff Mary McGinnis for leave to appeal to this court from an order of the Appellate Term, granted. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ PATRICK MOORE, Doing Business as FIFTH AVENUE NURSERY, Respondent, v. KENNETH CARROAD, Appellant.— Motion by appellant to vacate the order of this court, dated December 5, 1960, dismissing his appeal, and to vacate the judgment entered thereon or, in the alternative, for leave to appeal to the Court of Appeals from said order and judgment. Motion denied. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ ORLANDO PORRETTO et al., Copartners Doing Business as B. & J. CONTRACTING CO., Respondents, v. BETH JEHUDAH OTZAR HALOCHO et al., Appellants, et al., Defendants.— Motion by defendant Beth Jehudah Otzar Halocho for leave to appeal to this court from an order of the Appellate Term, granted. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY AGARD, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD SHANDS, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Anthony F. Marra, Esquire, 100 Centre St., New York 13, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL BARNES, Appellant.— Motion by appellant for reconsideration of his motion for assignment of counsel, denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.